**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
NELSON CHILIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>      Plaintiff,<br><br>  vs.<br><br>BRINKER RESTAURANT CORPORATION D/B/A CHILI'S GRILL & BAR; GALE ANN LINGLE, AS TRUSTEE OF THE JONAH JONES JR. TRUST; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 5:25-cv-00293-DTB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff NELSON CHILIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

1          (i)     A notice of dismissal before the opposing party serves either an

2                  answer or a motion for summary judgment.

3    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5    Court.

6

7    DATED:  July 30, 2025          **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                                   By:     _/s/  Jason J. Kim_
                                             Jason J. Kim, Esq.
11                                           Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**